## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR74** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DARRYL GENE BOUDREAUX,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the court on the motion for an extension of time by defendant Darryl Gene Boudreaux (Boudreaux) (Filing No. 15). Boudreaux seeks an extension of time in which to file pretrial motions. The motion is not accompanied by Boudreaux's affidavit required by Paragraph 9 of the Progression order (Filing No. 11) or NECrimR 12.3(a) wherein Boudreaux agrees to the motion and understands the additional time may be excluded under the Speedy Trial calculations. Upon consideration, the motion will be held in abeyance. Boudreaux must file his affidavit **on or before July 30, 2008**, or the motion will be deemed withdrawn and termed on the docket.

     **IT IS SO ORDERED.**

     DATED this 22nd day of July, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge