## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:08CR74 |
| ) | |
| DARRYL GENE BOUDREAUX, ) | ORDER |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 32). The court finds that the defendant has not shown good cause for a second 30-day continuance.

**IT IS ORDERED** that the Motion (Doc. 32) is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order," together with a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law, no later than **October 24, 2008.**

**DATED October 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**